IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BRYAN LEE GREGORY,

    Petitioner,

v.                                    Case No. 5:24-cv-193-AW-MAL

WARDEN GABBY,

    Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner Bryan Gregory, having been unsuccessful with his § 2255 petition in the Western District of Missouri where he was convicted and sentenced, now seeks § 2241 relief in this court. The magistrate judge recommends dismissal. ECF No. 6. I have considered the report and recommendation, and I have considered de novo the issues raised in Gregory's objections (ECF No. 7). I now conclude the magistrate judge is correct, and I adopt the report and recommendation and incorporate it into this order.

The clerk will enter a judgment that says, "The § 2241 petition is dismissed under Rule 4 of the Rules Governing Section 2254 Cases and 28 U.S.C. § 2255(e)." The clerk will then close the file.

SO ORDERED on November 4, 2024.

                                                s/ *Allen Winsor*
                                              United States District Judge